UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 97-7544

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

GEORGE WISE, a/k/a Little Man,

Defendant - Appellant.

_____

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Dennis W. Shedd, District Judge. (CR-94-291)

_____

Submitted:  March 12, 1998          Decided:  March 24, 1998

_____

Before LUTTIG, WILLIAMS, and MICHAEL, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

George Wise, Appellant Pro Se.  Mark C. Moore, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's denial of his motion for the signed grand jury concurrence form. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court. <u>United States v. Wise</u>, No. CA-94-291 (D.S.C. Sept. 30, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>